UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON SALVATIERRA TIAMSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX, INC,<br><br>　　　　　Defendant. | Case No.  19-cv-08430-SVK<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS PREMATURE**<br><br>Re: Dkt. No. 4 |

On December 27, 2019, Plaintiff Carlton Salvatierra Tiamson filed the complaint in this action.  Dkt. 1.  On the same date, Plaintiff filed a motion for summary judgment.  Dkt. 4.  As of the date of this order, Plaintiff has not served the complaint on Defendant Equifax, Inc., and Defendant has not yet appeared.  Accordingly, the Court DENIES Plaintiff's motion for summary Judgment as premature, without prejudice to Plaintiff filing a motion for summary judgment at an appropriate time later in the case.  The Court anticipates that at the Initial Case Management Conference, currently scheduled for March 31, 2020, it will set a schedule for this case, including a deadline for the parties to file dispositive motions.  The parties are advised that absent good cause, each party will be limited to one summary judgment motion in the case.

**SO ORDERED.**

Dated: January 27, 2020

_Susan van Keulen_
_____
SUSAN VAN KEULEN
United States Magistrate Judge